No. 93–8138. WILSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8155. WOLFE v. MEYERS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–8157. CORNELLIER v. AVENENTI ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–8159. BROWN-BRUNSON ET VIR v. HUNTER, SUPERIN-TENDENT, BALTIMORE COUNTY BOARD OF EDUCATION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8179. COSCIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8209. MORGAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8217. ZINK v. TURNER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 93–8252. WILLIAMS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8274. SALAZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8277. WOOLERY v. SPAULDING, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–8282. ANDERSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–8305. ROSCH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–8311. ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8369. ALSTON v. SWISHER ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–8389. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8390. ALTER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.